# In The United States Court of Federal Claims

No. 05-826C

(Filed: January 9, 2006)

ALDER APTS.,
A LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Pursuant to RCFC 40.1(b), and further pursuant to the concurrence of Judge Margaret M. Sweeney, it is **ORDERED** that this civil action shall be transferred to Judge Margaret M. Sweeney. The Clerk shall take the action necessary to reflect this transfer on the docket of the court.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge