# In the United States Court of Federal Claims

**No.05-826C**

**No.**

**January 12, 2006**

**Alder APTS.,**
**A Limited Partnership**

**NOTICE OF REASSIGNMENT TO:**

**v.**

**THE UNITED STATES**

Judge Margaret M. Sweeney

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk