# In the United States Court of Federal Claims

No. 05-826C
(Filed: June 7, 2006)

| | |
|---|---|
| ALDER APTS., A LIMITED PARTNERSHIP, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On May 30, 2006, the parties filed a Joint Status Report advising that they reached a proposed settlement agreement. Therefore, as the parties have requested, the stay in this case will continue to permit the parties to finalize all aspects of the settlement agreement as well as provide counsel with the time necessary to prepare and execute the necessary settlement documents. **The parties shall continue to file a status report every 90 days, with the next status report due no later than August 30, 2006.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge