# In the United States Court of Federal Claims

No. 05-826C
(Filed: November 29, 2006)

************************************
ALDER APTS., *
A LIMITED PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On November 27, 2006, the parties filed a Joint Status Report advising that they have finalized the terms of the proposed settlement agreement and are awaiting approval from the Department of Justice.

The undersigned congratulates the Honorable Marian Blank Horn and the parties for their diligence and extraordinary efforts in resolving successfully the over 250 Section 515 prepayment cases, including this case.

As the parties have requested, the stay in this case will continue to permit the parties to finalize all aspects of the settlement. **The parties shall continue to file a status report every 90 days, with the next status report due no later than Wednesday, February 28, 2007. Should the approval or other action affecting the status of the case occur sooner than the next status report is due, the parties shall file a status report immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge