# In the United States Court of Federal Claims

No. 05-826C
(Filed: March 2, 2007)

```
***********************************
ALDER APTS.,                      *
A LIMITED PARTNERSHIP,            *
                                  *
                Plaintiff,        *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                Defendant.        *
***********************************
```

**ORDER**

On February 28, 2007, the parties filed a Joint Status Report advising that the Department of Justice is involved in the approval process of the settlement agreement. The undersigned applauds the Honorable Marian Blank Horn and the parties for their continued efforts in resolving the over 250 Section 515 prepayment cases, including this case.

As the parties have requested, the stay in this case will continue to permit the parties to finalize the settlement. **The parties shall continue to file a status report every 90 days, with the next status report due no later than Monday, June 4, 2007. Should the approval or other action affecting the status of the case occur sooner than the next status report is due, the parties shall file a status report immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge