# In the United States Court of Federal Claims

No. 05-826C
(Filed: May 8, 2007)

************************************
ALDER APTS., *
A LIMITED PARTNERSHIP, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On May 3, 2007, the parties filed a Joint Status Report advising that the Department of Justice had approved the parties' proposed settlement on April 3, 2007. The undersigned congratulates Judge Horn and the parties for achieving the settlement. The parties represent that they are currently in the process of verifying the plaintiffs and properties included in the settlement, after which the settlement agreement will be signed and the settlement process will be implemented.

**The parties shall file a status report in 90 days, with the next status report due no later than Wednesday August 8, 2007. Should the settlement process be implemented or other action affecting the status of the case occur sooner than the next status report is due, the parties shall file a status report immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge